JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

Jason A. Hill, D.C. Bar No. 477543
John P. Tustin, Texas Bar No. 24056458
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Phone: (202) 514-1024 (Hill)
Phone: (202) 305-3022 (Tustin)
Fax:  (202) 305-0506
jason.hill2@usdoj.gov
john.tustin@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA., CONSERVATION, et al<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants. | Case No. 2:09-cv-02523-LKK-JFM<br><br>STIPULATION AND ORDER REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT AND EXTENSION OF TIME FOR DEFENDANTS TO FILE DEFENSIVE PLEADINGS |

This matter was filed on September 9, 2009. Plaintiffs assert violations arising under the National Environmental Policy Act, the National Forest Management Act, and the Administrative Procedures Act, *inter alia*, against the Defendants' decision as contained in the Eldorado National Forest Public Wheeled Motorized Travel Management Record of Decision,

2:09-cv-02523-LKK-JFM
Stip. and Order Re: P's 1st Amd. Cmplt. and Ext'n Time D's Ans.

dated March 31, 2008.  Additionally, Plaintiffs sent a 60-day notice letter alleging violations of the Endangered Species Act on or about September 4, 2009, and Plaintiffs intend to amend their original complaint to include, *inter alia*, a claim under the Endangered Species Act.  Defendants' answer or other responsive pleading is currently due on or about November 16, 2009.  A Status (Pretrial Scheduling) Conference is currently set for December 14, 2009 at 1:30 p.m.

The parties have agreed and stipulate to the following:

1. Any amended complaint to include, *inter alia*, a claim under the Endangered Species Act, will be filed by Plaintiffs on or before December 3, 2009; and

2. Defendants will file their answer or other responsive pleading on or before February 11, 2010.

3. The Status (Pretrial Scheduling) Conference will be reset to some date after February 19, 2010.

Respectfully submitted November 6, 2009.

> JOHN C. CRUDEN
> Acting Assistant Attorney General
> Environment and Natural Resources Division
>
> /s/ Jason A. Hill
> JASON A. HILL, D.C. Bar No. 477543
> JOHN P. TUSTIN, Texas Bar No. 24056458
> Trial Attorneys
> Natural Resources Section
> Environment and Natural Resources Division
> United States Department of Justice
> Benjamin Franklin Station, P.O. Box 663
> Washington, D.C.  20044-0663
> Telephone: (202) 514-1024
> Facsimile: (202) 305-0506
> Jason.Hill2@usdoj.gov
> John.Tustin@usdoj.gov
>
> Attorneys for Federal Defendants
>
> Lisa T. Belenky
> Center for Biological Diversity
> 351 California Street, Suite 600
> San Francisco, CA 94104
> Telephone:  (415) 436-9682 x307

Facsimile: (415) 436-9683
Lbelenky@biologicaldiversity.org

**\* by email permission sent 11/6/09** /s/ David A. Bahr     \*
David A. Bahr
Erik Schlenker-Goodrich
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
Telephone: (541) 485-2471 x 108
Facsimile: (541) 228-2457
Bahr@westernlaw.org
Eriksg@westernlaw.org

Attorneys for Plaintiffs

**ORDER**

1. Any amended complaint to include, *inter alia*, a claim under the Endangered Species Act, will be filed by Plaintiffs on or before December 3, 2009; and

2. Defendants will file their answer or other responsive pleading on or before February 11, 2010.

3. The Status (Pretrial Scheduling) Conference is reset to **February 22, 2010 at 2:30 p.m.**

IT IS SO ORDERED.

Dated: November 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT