UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

        NO. CIV. S-09-2523 LKK/JFM

    Plaintiff,

  v.

        O R D E R

UNITED STATES FOREST SERVICE,
et al.,

    Defendants.
                                /

    This case is related to <u>Public Lands for the People, Inc., et al. v. United States Department of Agriculture, et al.</u>, No. 2:09-cv-1750-LKK-JFM. In the <u>Public Lands</u> case, a motion to dismiss and a motion for a more definite statement are currently pending. In this case, a motion to intervene is pending. No scheduling order has issued in either case.

    In <u>Public Lands</u>, the court grants, by separate order filed in that case, the stipulation of the <u>Public Lands</u> parties to continue hearing on the pending motions until April 19, 2010 at 10:00 a.m., and to continue the scheduling conference in that case until June 7, 2010 at 1:30 p.m.

1

1  In this case, the parties have stipulated to a limited grant
2 of the motion to intervene, and to continuance of the scheduling
3 conference to coincide with the date of the *hearing* on the <u>Public
4 Lands</u> motions.  While it is unclear to the court why this case's
5 scheduling conference should coincide with that hearing, rather
6 than with the scheduling conference in the related case, the court
7 grants the parties' request.  If the parties in this case wish to
8 further continue the scheduling conference to June 7, the court
9 will entertain a stipulation to that effect.
10  Accordingly, the court ORDERS as follows:
11  1.  The March 8, 2010 hearing for the motion to intervene by
12   the California Association of 4 Wheel Drive Clubs,
13   California Enduro Riders Association, American
14   Motorcyclist Association District 36, and the BlueRibbon
15   Coalition (for purposes of this order, "intervenors")
16   (Dkt. No. 21) is VACATED.
17  2.  The intervenor's motion to intervene in the above-
18   captioned matter (Dkt. No. 21) is GRANTED.  The
19   intervenors MAY participate in all phases of this
20   litigation as intervening defendants under Fed. R. Civ.
21   P. 24(b), subject to the following:
22   a.  The intervenors' briefing deadlines will be no
23    later than seven (7) days after any deadline for
24    Federal Defendants, and be limited to matters not
25    already briefed by Federal Defendants.
26   b.  Any response by Plaintiffs to the intervenors'

            briefing will be combined into plaintiff's response, or reply, to Federal Defendants; and

    c.    Intervenors will have no right to independently appeal any decision in this matter, unless Federal Defendants elect to appeal.

3. The status (pretrial scheduling) conference set for April 26, 2010 is reset to 3:30 p.m. on April 19, 2010. The court cautions the parties that this is the date, but not the time, requested in the parties' stipulation.

IT IS SO ORDERED.

DATED: March 3, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3