1

PAUL A. TURCKE (admitted *pro hac vice*)
MOORE SMITH BUXTON & TURCKE,

2

CHARTERED
950 W. Bannock Street, Suite 520

3

Boise, Idaho 83702
Telephone:  (208) 331-1800

4

Facsimile:  (208) 331-1202

5

pat@msbtlaw.com

DENNIS PORTER (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, CA 95824-2304
Telephone:  (916) 381-8300
Facsimile:  (916) 381-8726
dlporter2@yahoo.com

6

Attorneys for Defendant-Intervenors

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.

            Plaintiffs,

vs.

UNITED STATES FOREST SERVICE, et al.

            Defendants,

and

CALIFORNIA ASSOC. OF 4 WHEEL DRIVE
CLUBS, et al.

            Defendant-Intervenors.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:09-CV-02523-LKK-JFM

**DEFENDANT-INTERVENORS
NOTICE OF NON-OBJECTION
TO THE FIRST AMENDED
STATUS REPORT OF THE
UNITED STATES**

19

20

21

22

23

24

     The Defendant-Intervenors California Association of 4 Wheel Drive Clubs, California

Enduro Riders Association, American Motorcyclist Association District 36, and BlueRibbon

Coalition, by and through undersigned counsel, hereby notifies this Court and all counsel that it

has no objection to and joins in the United States' First Amended Status Report, filed this 9th day

of April, 2010 (Dkt 40), with the sole exception that under section (o) therein, Defendant-

Intervenors are willing to stipulate to the trial judge acting as a settlement judge.

25

26

NOTICE OF MOTION OF NON-OBJECTION TO THE FIRST AMENDED STATUS
REPORT OF THE UNITED STATES - Page 1

1    Respectfully submitted this 9th day of April, 2010.

2

3                                MOORE SMITH BUXTON & TURCKE, CHTD.

4
                                           /s/
5                                Paul A. Turcke

6                                DENNIS L. PORTER, ATTORNEY AT LAW

7
                                      /s/ Dennis L. Porter
8                                Dennis L. Porter

9                                Attorneys for Defendant-Intervenors

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF MOTION OF NON-OBJECTION TO THE FIRST AMENDED STATUS
REPORT OF THE UNITED STATES - Page 2