UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

                                  NO. CIV. S-09-2523 LKK/JFM

      Plaintiffs,

  v.

UNITED STATES FOREST SERVICE,
et al.,

      Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in chambers on April 19, 2010.  David A. Bahr

and Eric Schlenker-Goodrich appeared telephonically as counsel for plaintiffs; John P. Tustin (telephonically) and Jason A. Hill appeared for the federal defendants; Paul A. Turcke and Dennis L. Porter appeared as counsel for defendant-intervenors. After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. § 1331 and is disputed, venue is not. Plaintiffs are to file affidavits regarding standing not later than forty-five (45) days from the date of this order.

**MISCELLANEOUS PROVISIONS**

The defendants are to file the Administrative record not later than thirty (30) days from the date of this order. The record may be filed electronically provided it is searchable.

Plaintiffs and intervenors are to file objections and requests for augmentation ninety (90) days thereafter.

Plaintiffs are to file their motion for summary judgment sixty

(60) days after the record is settled.  Defendants to move for summary judgment and answer forty-five (45) days thereafter.

Intervenors to file their motion for summary judgment seven (7) days after defendants file theirs, plaintiffs to close forty-five (45) days thereafter and defendant-intervenors to close twenty (20) days thereafter.

The parties are reminded that pursuant to Fed. R. Civ. P. 16(b), the Status (pretrial scheduling) Order **shall not be modified except by leave of court upon a showing of good cause**. Counsel are cautioned that changes to any of the scheduled dates will necessarily result in changes to all other dates.  Thus, even where good cause has been shown, the court will not grant a request to change the discovery cutoff date without modifying the pretrial and trial dates.

**Agreement by the parties pursuant to stipulation does not constitute good cause.  Nor does the unavailability of witnesses or counsel, except in extraordinary circumstances, constitute good cause.**

The parties are reminded of their continuing obligation to supplement their statements relative to the identification of parent corporations and any publicly held company that owns 10% or more of the party's stock within a reasonable time of any change in the information.

The parties are admonished that they are not to cite or refer to any of the quotations inscribed in the pavers on the front plaza of the United States Courthouse in any written or oral presentation

to the court or a jury.

There appear to be no other matters presently pending before the court that will aid the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED:  April 23, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4