IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663
Tel:    202-514-1024 (Hill)
        202-305-3022 (Tustin)
        202-305-0342 (Grosko)
Fax:   202-305-0506 (Hill and Tustin)
        202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, et al., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES FOREST SERVICE, et al., ) ) ) Defendants. ) | Case No. 2:09-CV-02523-LKK-JFM  NOTICE OF LODGING ADMINISTRATIVE RECORD |

   Defendants hereby lodge with the Court the certified Administrative Record for

the Forest Service's decision regarding the Public Wheeled Motorized Travel

Management Project on the Eldorado National Forest ("Travel Management Project"). The Administrative Record for the Travel Management Project consists of 22,958 pages (Bates numbered TM000001 through TM022958) contained on an external hard drive, together with an hyperlinked index for its use, and the Travel Management Project website, contained on a CD.  The Declaration of Lester Lubetkin ("Declaration") certifying the Administrative Record is attached to this notice.  A hard copy index of the Administrative Record is attached to the Declaration as Exhibit 1.

On May 19, 2010, the Administrative Record for the Travel Management Decision contained on an external hard drive and CD was served on counsel for Plaintiffs, Mr. David A. Bahr, and counsel for Defendant-Intervenors, Paul A. Turke.

Respectfully submitted this 19th day of May, 2010.

>IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

 /s/ John P. Tustin
John P. Tustin
Jason A. Hill
Trial Attorneys
Natural Resources Section

J. Brett Grosko
Trial Attorney
Wildlife and Marine Resources Section

<u>OF COUNSEL</u>
Rose Miksovsky
U.S. Department of Agriculture
Office of the General Counsel
33 New Montgomery St., 17th Floor
San Francisco, CA 94105

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2010, I electronically filed the foregoing Notice of Lodging Administrative Record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David A. Bahr
davebahr@mindspring.com

Lisa T. Belenky
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich
eriksg@westernlaw.org

*Attorneys for Plaintiffs*


Paul A. Turke
pat@msbtlaw.com

*Attorney for Defendant-Intervenors*


/s/ John P. Tustin
JOHN P. TUSTIN
Attorney for Federal Defendants