IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>  Defendants. | Case No. 2:09-CV-02523-FCD-GGH<br><br>DECLARATION OF<br>LESTER LUBETKIN |

I, LESTER LUBETKIN, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am currently employed by the United States Department of Agriculture, Forest Service, as the Recreation Officer on the Eldorado National Forest. I am stationed in Placerville, California and have held my current position since 1993. In this capacity, I am the custodian of the Administrative Record assembled for the Public Wheeled Motorized Travel Management Project of the Eldorado National Forest (Project), which is the subject of this litigation.

2. Attached to this Declaration as Exhibit 1 is the Index for the Project. This Index reflects the complete Administrative Record for the Project analysis and decision.

3. The Administrative Record is comprised of Bates numbered documents in the following formats: Adobe Acrobat (PDF), Excel (Microsoft), and HTML documents. The Index and electronic copies of all documents in the Administrative Record are collected and saved onto one external hard drive and one CD that are being separately submitted to the Court.

4. These documents constitute a true and correct copy of the Administrative Record in this action as of the date of my signature. The documents in the Administrative Record are those that were considered, directly or indirectly, by the Forest Service in this matter. Each document is a true and correct copy of the original documents located in the files for the Project decision.

5. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and I would so testify if called upon to do so in a court of law.

Executed on this 19th day of May, 2010.

LESTER LUBETKIN
Eldorado National Forest
100 Forni Road
Placerville, CA  95667