**David A. Bahr** (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

**Lisa T. Belenky**, (CSB No. 203225)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

**Erik Schlenker-Goodrich** (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
(575) 751-1775 Fax
eriksg@westernlaw.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, a non-profit corporation, CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, and FOREST ISSUES GROUP, a non-profit corporation,<br><br>    Plaintiffs,<br>  *vs*.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>    Defendants. | Case No. 2:09-cv-2523-LKK-JFM<br><br>**NOTICE OF SUPPLEMENTAL DECLARATION OF JEFFREY K. MILLER** |

NOTICE OF SUPPLEMENTAL
DECLARATION OF JEFFREY K. MILLER

1

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

## NOTICE OF SUPPLEMENTAL DECLARATION

Plaintiffs herewith file the supplemental declaration of Jeffrey K. Miller for purposes of establishing standing.

Respectfully submitted this 30th Day of July, 2010.

/s/ Erik Schlenker-Goodrich
Erik Schlenker-Goodrich (NM No. 17875)
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit # 602
Taos, New Mexico 87571
575.613.4197 (p)
575.751.1775 (f)
eriksg@westernlaw.org

David A. Bahr (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439 Voice
davebahr@mindspring.com

Lisa T. Belenky (CSB No. 203225)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

NOTICE OF SUPPLEMENTAL
DECLARATION OF JEFFREY K. MILLER

2

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing notice and referenced supplemental declaration of Jeffrey K. Miller using the court's CM/ECF system on July 30, 2010 which caused the following parties and counsel to be noticed:

California Association of 4 Wheel Drive Clubs    dlporter2@yahoo.com

Dennis L Porter    dlporter2@yahoo.com

Jason Alan Hill    jason.hill2@usdoj.gov, efile_nrs.enrd@usdoj.gov

John Tustin    john.tustin@usdoj.gov, efile_nrs.enrd@usdoj.gov

John Brett Grosko    brett.grosko@usdoj.gov, EFILE_WMRS.ENRD@usdoj.gov

Paul Andrew Turcke, PHV    pat@msbtlaw.com, cam@msbtlaw.com

Respectfully submitted this 30th Day of July, 2010.

/s/ Erik Schlenker-Goodrich
Erik Schlenker-Goodrich (NM No. 17875)

NOTICE OF SUPPLEMENTAL
DECLARATION OF JEFFREY K. MILLER

3

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439