**David A. Bahr** (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

**Lisa T. Belenky**, (CSB No. 203225)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

**Erik Schlenker-Goodrich** (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
(575) 751-1775 Fax
eriksg@westernlaw.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, a non-profit corporation, CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, and FOREST ISSUES GROUP, a non-profit corporation,<br><br>    Plaintiffs,<br>  *vs*.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>    Defendants. | Case No. 2:09-cv-2523-LKK-JFM<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY K. MILLER** |

I, Jeffrey K. Miller, declare as follows:

**1.** I declare under penalty of perjury that the following is true and correct. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

**2.** I make this declaration to supplement the declaration I executed May 19, 2010 (dkt. # 45-2), in order to provide a more complete record upon which the Court may decide the issue of its jurisdiction. I incorporate each and every statement made in that declaration into this document by this reference.

**3.** I have personally been very involved in numerous Center for Biological Diversity conservation efforts and campaigns to protect the California red-legged frog since 2000. These include securing designation of critical habitat to protect the areas necessary for the recovery of the frog; filing numerous lawsuits to stop or scale back development projects that would harm red-legged frog habitat; promoting restoration of frog habitat areas; and suing the Environmental Protection Agency to restrict use of 66 toxic pesticides in habitat for the red-legged frog. I regularly visit known or suspected suitable wetlands habitats for red-legged frogs to document the presence of the species and threats to frog habitat.

**4.** As I stated in my prior declaration at ¶ 13, I personally visit the Sierra Nevada, a three-hour drive from my home, many times each year to hike, swim, whitewater raft, backpack, recreate, restore wildlife habitat, bird-watch, and observe wildlife. I often visit and backpack in Sierran habitat for the California red-legged frog and plan to visit low-elevation areas in the Sierra that may harbor suitable red-legged frog habitat. I regularly raft the South and Middle Forks of the American River and regularly backpack in the Desolation Wilderness, all areas within the Eldorado National Forest.

SUPPLEMENTAL DECLARATION OF
JEFFREY K. MILLER

2

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

5.     The particular locations of my visits to areas within the Eldorado National Forest in recent years have been the Rubicon River, the Headwaters of the Consumnes River, the Middle Fork of the American River, Loon Lake, Wright's Lake, Lake Aloha, Pyramid Peak, Pollock Pines, Carson Pass, and Upper and Lower Blue Lake.

6.     As I stated in my prior declaration at ¶ 14, I derive recreational, scientific, aesthetic, educational, moral, spiritual, and conservation benefits from visiting, observing, and restoring intact natural ecosystems in the Sierra Nevada, which are habitat for endangered species I am involved in protecting. My enjoyment of these areas for recreational, professional, and spiritual purposes is dependent upon healthy ecosystems and wildlife populations, clean water quality, and wilderness values such as quiet and non-intrusive recreation.

7.     As I stated in my prior declaration at ¶ 15, in the foreseeable future, I intend to regularly continue my visits for professional, aesthetic, and recreational reasons to the Sierra Nevada Mountains and the Eldorado National Forest, including areas which are known or potential habitats for the California red-legged frog and other sensitive frog species.  When I was a child, my family regularly visited relatives in Pollock Pines, and I spent 8-10 consecutive summers in Pollock Pines in the 1970s hiking, recreating in streams, and watching wildlife in creeks and wetlands in the Weber Creek drainage. I still return to Pollock Pines and revisit these areas, which are now within the designated critical habitat area for the California red-legged frog. I plan to return to the Eldorado National Forest this summer, 2010, and the summer of 2011 for backpacking, wildlife observation and bird watching, and to visit Pollock Pines to search for and document suitable frog habitat. I also plan to visit the Little Silver Creek watershed and areas around Darling Ridge within the Eldorado National Forest, where a red-legged frog was sighted in 2009, to document any occurrence of frogs and potential threats to their habitat.

8.     In particular, within the next few years, I plan to visit: the headwaters of the Consumnes River, the Desolation and Mokelumne Wilderness areas and various lakes, rivers, and peaks throughout

those areas, including the Little Silver Creek watershed, Darling Ridge, Pollock Pines, Lake Aloha, Upper and Lower Blue Lake, the North Fork Mokelumne River, and the South Fork Rubicon River.

**9.** The adverse impacts of motorized use in these areas in the Eldorado National Forest include significant noise disturbance of wildlife; interference with non-intrusive recreation such as birdwatching and hiking; introducing pollution into sensitive aquatic habitats; damaging soils and introducing invasive vegetation; and causing erosion and excessive sedimentation that harms streams wetlands, wet meadows and riparian areas that are important habitat for native frogs and other aquatic species. Due to the broad scope of these impacts, my use and enjoyment of the Eldorado National Forest has been, and continues to be, adversely affected even in areas outside of the particular areas in which motorized vehicles are allowed on the Forest. This is particularly true regarding sedimentary impacts downstream from motorized use locations as well as the impacts on sensitive aquatic habitats.

**10.** The high density of off-road vehicle trails which occur throughout the Eldorado National Forest impact red-legged frog habitat in a number of ways. Trails upstream of wet meadows, streams, and other aquatic habitats cause excessive erosion and sedimentation, which washes into creeks, streams, ponds, and wetlands and fills in pools and features needed by red-legged frogs; the sediment degrades water quality and habitat suitability for native amphibians; oil and other residues from vehicles which are toxic to amphibians enters into sensitive aquatic habitats, vegetation needed for cover by frogs in wet meadows and along wetlands is destroyed by vehicles. There are off-road vehicle trails within a mile and upstream of the latest sighting of a red-legged frog in the Eldorado National Forest in the Little Silver watershed.

**11.** Karen Schambach, who has also filed a declaration in support of plaintiffs' standing in this matter, dkt # 45-3, has been a member in good standing of the Center for Biological Diversity ("CBD") since 2008. As part of my work with the Center advocating for conservation and recovery of the red legged frog and other species and protection of their habitats, I seek to represent the members'

SUPPLEMENTAL DECLARATION OF
JEFFREY K. MILLER

4

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439

interests in the protection of these species' existence in the wild, including the interests of Ms. Schambach.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statement is true and correct to the best of my knowledge.

Executed this 30th day of July, 2010 in San Francisco, California.

_/s/ Jeffrey K. Miller_

Jeffrey K. Miller