**David A. Bahr** (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

**Lisa T. Belenky**, (CSB No. 203225)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

**Erik Schlenker-Goodrich** (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
(575) 751-1775 Fax
eriksg@westernlaw.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, a non-profit corporation, CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, and FOREST ISSUES GROUP, a non-profit corporation, <br><br>       Plaintiffs, <br><br>   *vs*. <br><br> RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br>       Defendants. | Case No. 2:09-cv-2523-LKK-JFM <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO CHALLENGE THE ADMINISTRATIVE RECORD** |

PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND THE DEADLINE TO
CHALLENGE THE ADMINISTRATIVE
RECORD

1

Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

Plaintiffs hereby move the Court to extend the deadline in which to challenge the administrative record lodged by Defendants to September 9, 2010. The current deadline set by the Court's pretrial scheduling order (dkt. # 43) is August 17, 2010. Defendants have been consulted and do not oppose this motion.

Plaintiffs have identified a number of documents that they believe should be included in the administrative record, because they were provided or cited during the administrative phase of this matter, but which appear to be missing from the record lodged with the Court. Defendants have responded immediately to Plaintiffs' concerns and the Parties are currently engaged in good-faith discussions to resolve this issue. However, Plaintiffs would like to extend the current record challenge deadline to allow for the possibility that the Parties are not able to completely dispose of this matter.

This is the first motion to extend this deadline. The motion was not submitted earlier due to a calendaring error by the undersigned counsel by which he applied an incorrect beginning date for the calculation of the 90-day deadline to challenge the administrative record such that he believed the deadline fell one week later than it actually does. The undersigned counsel apologizes for any inconvenience his mistake may cause. This motion seeks an extension of longer than one s week because of the interac

/ / /

/ / /

/ / /

PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND THE DEADLINE TO
CHALLENGE THE ADMINISTRATIVE
RECORD

2

Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

ation of vacation schedules of the Parties' counsel that may interfere with an earlier resolution.

Respectfully submitted this date, August 16, 2010.

/s/ David Bahr_____
David A. Bahr
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

Lisa T. Belenky
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
(575) 751-1775 Fax
eriksg@westernlaw.org

Attorneys for Plaintiffs

PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND THE DEADLINE TO
CHALLENGE THE ADMINISTRATIVE
RECORD

3

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439