**David A. Bahr** (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

**Lisa T. Belenky**, (CSB No. 203225)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

**Erik Schlenker-Goodrich** (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
(575) 751-1775 Fax
eriksg@westernlaw.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, a non-profit corporation, CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, and FOREST ISSUES GROUP, a non-profit corporation, <br><br> Plaintiffs, <br> *vs.* <br><br> RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendants. | Case No. 2:09-cv-2523-LKK-JFM <br><br> **ORDER (Proposed) GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO CHALLENGE THE ADMINISTRATIVE RECORD** |

Before the Court is Plaintiffs' unopposed motion to extend the deadline in which to challenge the administrative record lodged by Defendants. The current deadline set by the Court's pretrial scheduling order (dkt. # 43) is August 17, 2010. Defendants have been consulted and do not oppose this motion.

The Court, having reviewed the matter and being fully advised of the premises, hereby GRANTS Plaintiffs' unopposed motion to extend the deadline in which to challenge the administrative record until September 9, 2010.

SO ORDERED, this ___ day of August, 2010:

**LAWRENCE K. KARLTON**
**United States District Judge**

ORDER (Proposed) GRANTING
PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND THE DEADLINE TO
CHALLENGE THE ADMINISTRATIVE

2

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439