Center for Sierra Nevada Conservation, et al. v. U.S. Forest Service, et al.
2:09-CV-2523 (E.D. Cal.)
Additions to Administrative Record Index

| AR Bates No. | Date | Author | Description |
|---|---|---|---|
| TMAR000321.001 – .245 | 5/19/2010 | Center for Sierra Nevada Conservation | Errata sheet, Notice of Appeal |
| TMAR000324.001 – .085 | 12/2003 | U.S. Forest Service, National OHV Implementation Team | Motor Vehicle Route and Area Designation Guide |
| TMAR000338.001 – .022 | 12/2003 | Sierra Nevada Ecosystem Project; Erman, N. | Ch. 35, Status of Aquatic Invertebrates |
| TMAR000919.001 – .129 | 12/2003 | California State Parks | Public Opinions and Attitudes on Outdoor Recreation in California 2002 |
| TMAR001373.001 – .172 | 10/22/2007 | Center for Sierra Nevada Conservation | Appendix B of DEIS comments |
| TMAR002609.001 – .016 | 2007 | Damiani, et al. | Effects of Noise Disturbance on Northern Spotted Owl Reproductive Success |
| TMAR003346.001 – .005 | 10/22/2007 | Foothill Conservancy | Comments on DEIS |
| TMAR003346.006 – .008 | 8/12/2007 | Harold Thomas | Comments on DEIS |
| TMAR003346.009 – .021 | 8/12/2007 | Trout Unlimited | Comments on DEIS |
| TMAR010712.001 – .005 | 2/7/2010 | Access Fund | Scoping comments |
| TMAR010712.006 – .014 | 12/1/2005 | Center for Sierra Nevada Conservation | Scoping comments |