IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. 2:09-CV-02523-FCD-GGH <br><br> DECLARATION OF LESTER LUBETKIN |

I, LESTER LUBETKIN, in accordance with the requirements of 28 U.S.C § 1746, declare as follows:

1. I am currently employed by the United States Department of Agriculture, Forest Service, as the Recreation Officer on the Eldorado National Forest. I am stationed in Placerville, California and have held my current position since 1993. In this capacity, I am the custodian of the Administrative Record assembled for the Public Wheeled Motorized Travel Management Project of the Eldorado National Forest (Project), which is the subject of this litigation.

2. I hereby certify to the best of my knowledge that the materials identified in the attached index for the Forest Service Administrative Record for the

Project contain true and correct copies of additional documents directly or indirectly considered by the Forest Service.

3. The additional Administrative Record materials are submitted in Portable Electronic Document Format and are contained on one compact disk.

4. These records were compiled, under my direction, by employees of the Forest Service who were directly involved with the preparation of the challenged projects.

5. I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of August, 2010.

LESTER LUBETKIN
Eldorado National Forest
100 Forni Road
Placerville, CA  95667