IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663
Tel:    202-514-1024 (Hill)
        202-305-3022 (Tustin)
        202-305-0342 (Grosko)
Fax:    202-305-0506 (Hill and Tustin)
        202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONCERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. 2:09-CV-02523-LKK-JFM <br><br> JOINT STATUS REPORT ON THE ADMINISTRATIVE RECORD |

The parties hereby inform the Court that all outstanding issues concerning the adequacy of the Administrative Record in this case have been resolved and that the

Administrative Record was settled on August 24, 2010.  In accordance with the Court's Status (Pretrial Scheduling) Order (Dkt. 43), the deadlines for the summary judgment briefing schedule are as follows:

| October 25, 2010 | Plaintiffs' Motion for Summary Judgment |
| --- | --- |
| December 9, 2010 | Federal Defendants' Motion for Summary Judgment |
| December 16, 2010 | Intervenor Defendants' Motion for Summary Judgment |
| January 31, 2011 | Plaintiffs' Response/Reply |
| February 21, 2011 | Federal Defendants and Intervenor Defendants' Reply |

The parties further inform the Court that Plaintiffs' Unopposed Motion to Extend the Deadline to Challenge the Administrative Record (Dkt. 47) is now moot.

Respectfully submitted on this 25th day of August, 2010.

                                             IGNACIA S. MORENO
                                             Assistant Attorney General
                                             Environment and Natural Resources Division

| /s/ with permission by John Tustin | */s/ John P. Tustin* |
| --- | --- |
| David A. Bahr | John P. Tustin |
| Bahr Law Offices, P.C. | Jason A. Hill |
| 1035 ½ Monroe Street | Trial Attorneys |
| Eugene, OR 97402 | Natural Resources Section |

| | |
|---|---|
| Lisa T. Belenky<br>Center for Biological Diversity<br>351 California St., Suite 600<br>San Francisco, CA 94104<br><br>Erik Schlenker-Goodrich<br>Western Environmental Law Center<br>P.O. Box 1507<br>Taos, NM 87571<br><br>*Attorneys for Plaintiffs* | J. Brett Grosko<br>Trial Attorney<br>Wildlife and Marine Resources Section<br><br>*Attorneys for Federal Defendants*<br><br><u>/s/ with permission by John Tustin</u><br>Paul A. Turcke<br>Moore Smith Buxton & Turcke<br>950 West Bannock Street, Suite 520<br>Boise, ID 83702<br><br>*Attorney for Intervenor Defendants* |

- 3 -