**David A. Bahr** (OSB No. 90199) *pro hac vice*
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

**Lisa T. Belenky** (CSB No. 203225)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
lbelenky@biologicaldiversity.org

**Erik Schlenker-Goodrich**
(New Mexico Bar No. 7875) *pro hac vice*
Western Environmental Law Center
208 Paseo del Pueblo Sur
Taos, New Mexico 87571
(575) 613-4197 Voice
eriksg@westernlaw.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations,<br><br>    Plaintiffs,<br>  *vs*.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No. 2:09-cv-2523-LKK-JFM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Oral Argument Requested<br>Note on Motion Calendar: 10 am, March 28, 2011<br><br>Courtroom 4<br><br>Hon. Lawrence K. Karlton |

　　　　PLEASE TAKE NOTICE that Plaintiffs Center for Sierra Nevada Conservation Alliance, Center for Biological Diversity, and Forest Issues Group ("Plaintiffs"), by and through undersigned counsel, hereby respectfully files this Motion for Summary Judgment and Injunctive Relief and requests oral

argument on the same pursuant to Fed. R. Civ. P. 56 and in accord with L.R. 230 and L.R. 260. Plaintiffs' Motion is supported by Plaintiffs' Memorandum of Law and Statement of Undisputed Facts. A proposed order is attached.

Respectfully submitted this date, October 25, 2010.

/s/ David Bahr_____
David A. Bahr
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

/s/ Lisa T. Belenky
Lisa T. Belenky
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich
Western Environmental Law Center
208 Paseo del Pueblo Sur # 602
Taos, New Mexico 87571
(575) 613-4197 Voice
(575) 751-1775 Fax
eriksg@westernlaw.org

Attorneys for Plaintiffs