**David A. Bahr** (OSB No. 90199) *pro hac vice*
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

**Lisa T. Belenky** (CSB No. 203225)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
lbelenky@biologicaldiversity.org

**Erik Schlenker-Goodrich**
(New Mexico Bar No. 7875) *pro hac vice*
Western Environmental Law Center
208 Paseo del Pueblo Sur
Taos, New Mexico 87571
(575) 613-4197 Voice
eriksg@westernlaw.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations,<br><br>    Plaintiffs,<br>  *vs*.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No. 2:09-cv-2523-LKK-JFM<br><br>**PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

This is a record review case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706. The "undisputed" material facts for summary judgment purposes are therefore the facts contained in the administrative record. *See Great Basin Mine Watch v. Hankins*, 456 F. 3rd 955, 961 (9th Cir. 2006). Accordingly, the basis for the Court's review is the federal defendants' administrative record and there are no genuine issues of material facts precluding summary judgment. The facts set forth below reference documents contained in the administrative record pertinent to plaintiffs' motion for summary judgment. Pursuant to L.R. 56-260, plaintiffs' hereby provide the Court with a statement of undisputed facts material to the claims presented herein.

1. The Eldorado National Forest ("ENF" or "Forest"), located in the heart of the Sierra Nevada mountain range, is situated in central California, east of Sacramento and west of Lake Tahoe. Parts of Alpine, Amador, Eldorado, and Placer Counties lie within the ENF. *See, e.g.*, FEIS Project Area Map at xlvi (AR 002431). The Forest contains a total of over 789,994 acres of forestlands of diverse topography, soil type, vegetation, and habitat type.  Amended Complaint at ¶ 40 and Answer to Amended Complaint at ¶ 40. The Forest is located just one hour from the metropolitan area of Sacramento with a population of over one million people, and two to three hours driving time from the San Francisco Bay area with a population of over six million. *Id*. at ¶ 41.

2. The Forest provides habitat for numerous endangered, threatened, and sensitive wildlife species, species of concern, and management indicator species, including the Bald eagle, California red-legged frog, California spotted owl, Great gray owl, Northern goshawk, Willow flycatcher, Pacific fisher, American marten, Sierra Nevada red fox, California wolverine, Foothill yellow-legged frog, Mountain yellow-legged frog, Northwestern pond turtle, Yosemite toad, Mule deer, and assorted species of trout. *Id*. at ¶ 43. The Forest also includes portions of the Pacific Deer Herd winter range, including critical winter range, and summer habitat, including fawning areas, for the Pacific, Blue Canyon and Grizzly deer herds. *Id*.

3. Specifically, the Forest contains essential recovery habitat for the California red-legged frog (*Rana aurora draytonii*) ("red-legged frog" or "frog") which was listed as threatened under the ESA in 1996.  61 Fed. Reg. 25813 (May 23, 1996); *see* U.S. Fish and Wildlife Service ("FWS"),

Recovery Plan for the California Red-legged Frog (2002) (AR 015835) (providing a roadmap for recovery of the species). The red-legged frog is the largest frog in the western United States. AR 015844. The species is named for the red coloring on its hind legs and abdomen. *Id.* Scientists and historians believe that California red-legged frogs inspired Mark Twain's short story "Celebrated Jumping Frog of Calaveras County." (AR 015840). Although its range once covered nearly the length of California from the coast to the Sierra Nevada mountains, the species has been extirpated from 70 percent of its original range. Recovery Plan at 4-5 (AR 015846-47).

4. The current status of red-legged frogs in the Sierra Nevada is unknown because "[m]uch of the Sierra Nevada range is unsurveyed." *Id.* at 7 (AR 015844). However, in 2002 FWS deemed the Sierra Nevada population of red-legged frogs to have "low" recovery status, meaning there are "[f]ew existing populations" and "high levels of threats." *Id.* at 45 (AR 015887). FWS has specifically identified "recreation and off road vehicles" as a primary threat to the Sierra Nevada red-legged frog population. *Id.* at 22 (AR 015864). ORV use can "damage riparian vegetation, increase siltation to pools, compact soils, disturb in stream channels and crush" red-legged frogs. In fact, FWS found that red-legged frogs "were eliminated" in several rivers in California due, in part, to "off road vehicle activities." *Id.*

5. Although there have been no forest-wide frog surveys, there have been 20 detections of red-legged frogs on or near the Eldorado National Forest since 1974, all along the Forest's western border. FEIS at 3-184 (AR 002681). Forest Service mapping indicates that there are 150 miles of perennial streams and 50 water bodies that provide potential breeding habitat in the Forest, and an additional 12 miles of seasonal streams that provide potential non-breeding habitat. *Id.* Further, the Recovery Plan for the species identifies two "core" habitat areas within the Eldorado National Forest that were selected to protect viable frog populations or because the locations provide for key habitat connectivity and dispersal of frog populations. Recovery Plan at 50, 133 (AR 015892, 015974).

6. On October 26, 2005, the ENF published a Notice of Intent NOI in the Federal Register that the Forest Service was proposing to prohibit motorized cross country travel and restrict motorized travel to designated roads and trails open to public wheeled motor vehicle use. ROD at 13 (AR 03282).

The NOI asked for public "scoping" comments on the proposal from October 26, 2005 to December 1, 2005. *Id*. A brief description of the project was included in the ENF Schedule of Proposed Actions SOPA in July 2005. *Id*. Plaintiffs submitted written, substantive scoping comments. (AR 10712006).

7. On July 20, 2007, the Forest Service published its Eldorado National Forest Public Wheeled Motorized Travel Management Draft Environmental Impact Statement ("DEIS"), proposing to prohibit motorized cross country travel and to designate certain roads and trails as open to motor vehicle use. ROD at 13 (AR 03275). Specifically, the agency considered whether roads previously designated as Maintenance Level 1 ("ML-1") and ML-2 and previously unauthorized, user-created routes should be designated as open for motorized vehicle use. DEIS at iv, x (AR 001481, 001487). ML-1 roads are "intermittent service roads" not intended for public motorized traffic. *See* FEIS at 4-22 (AR 002843). ML-2 roads are open for high-clearance vehicles. *Id.* "Unauthorized routes" are roads or trails created by OHV or resource users that were never adopted as part of the official National Forest Transportation System. *Id.* at 3-206 (AR 002703).

8. The DEIS proposed five alternatives that would designate between 1,141 and 888 miles of routes for motorized use, including between designating between 17 and 45 miles of previously unofficial, unauthorized routes for motorized use. DEIS at xiv (AR 001491). The agency's "Preferred Alternative" was Alternative D, which would have resulted in the designation 1,061 miles of routes for motorized use, including 34.8 miles of previously unauthorized routes, for a grand total of 1,545 miles of motorized routes across the Forest. DEIS at 35, 41 (AR 001541, 001547).

9. On March 31, 2008, defendants approved the Eldorado National Forest Public Wheeled Motorized Travel Management ROD and FEIS. (AR 003270). The ROD adopts a new Alternative, Modified Alternative B, which authorizes 1,212 miles of routes for motorized use, including 23 miles of previously unauthorized routes, for a grand total of 1,847 miles of motorized routes across the Forest. FEIS at 2-28 (AR 002475). This includes nearly 40 miles of routes on soils susceptible to erosion, 4 miles within meadows, 290 miles within riparian areas with 485 stream crossings, and four routes in federally-listed red-legged frog suitable habitat. FEIS at 3-28; 3-75 (AR 002525; 002572); 2008 Biological Evaluation at 27-28 (AR 012777-78).

10. The comment period for the DEIS ended on October 22, 2007. Plaintiffs submitted written, substantive comments on the DEIS. (AR 01260).

11. Plaintiffs consequently filed an administrative appeal challenging the ROD and FEIS. (AR 0321001). On, June 27, 2008, defendants denied plaintiffs' administrative appeals of the Eldorado Travel Planning decision. (AR 00804).

12. Plaintiffs have standing to bring this action because the groups have members who use, enjoy and plan to return to the ENF land affected by the challenged decision. Declarations of: Jeffery Miller (Dkt. # 45-2) at ¶¶ 13-15; Karen Schambach (Dkt. # 45-3) at ¶¶ 9-14; Donald Rivenes (Dkt. # 45-4) at ¶¶ 6-11; Vivian Parker (Dkt. # 45-5) at ¶¶ 6-8; Howard Wilshire (Dkt. # 45-6) at ¶¶ 2-9, 11-14, and; Supplemental Declaration of Jeffery Miller (Dkt. # 46-1) at ¶¶ 3-10. Plaintiff organizations endeavor to protect the natural resources that would be adversely affected by the ENF travel plan and the interests of the groups and their members would be injured should it be implemented in its current form. Declarations of: Jeffery Miller (Dkt. # 45-2) at ¶¶ 7, 16-17; Karen Schambach (Dkt. # 45-3) at ¶¶ 7, 9, 16-17; Donald Rivenes (Dkt. # 45-4) at ¶¶ 2, 11; Vivian Parker (Dkt. # 45-5) at ¶¶ 3, 7-8, and; Howard Wilshire (Dkt. # 45-6) at ¶ 14.

Respectfully submitted this date, October 25, 2010.

/s/ David Bahr
David A. Bahr
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

/s/ Lisa T. Belenky
Lisa T. Belenky
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
(415) 436-9683 Fax
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich
Western Environmental Law Center
208 Paseo del Pueblo Sur # 602
Taos, New Mexico 87571
(575) 613-4197 Voice
(575) 751-1775 Fax
eriksg@westernlaw.org

Attorneys for Plaintiffs