UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations,<br><br>    Plaintiffs,<br>  *vs*.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No. 2:09-cv-2523-LKK-JFM<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Upon review of Plaintiffs' Motion for Summary Judgment, Memorandum of Law, Statement of Undisputed Facts, and the administrative record filed in this case, and good cause appearing, it is –

HEREBY DECLARED that the Eldorado National Forest Public Wheeled Motorized Travel Management Record of Decision ("ROD") dated March 31, 2008 and underlying Final Environmental Impact Statement ("FEIS") dated March, 2008 violate the National Environmental Policy Act, National

1 Forest Management Act, Executive Order 11644, as amended, the Agency's own travel management
2 regulations and the Endangered Species Act, and are therefore "unlawful." 5 U.S.C. § 706(2)
3    Accordingly, it is HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is
4 GRANTED and that the ROD and FEIS are thereby "set aside." 5 U.S.C. § 706(2). Further proceedings,
5 as appropriate, shall be carried out to address the precise scope of on-the-ground injunctive relief.

DATED:_____

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT