```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

PUBLIC LANDS FOR THE PEOPLE,
et al., on behalf of themselves
and others similarly situated,

         Plaintiffs,

         v.                              CIV. NO. S-09-1750 LKK/JFM

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

         Defendants.
                                     /
CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

         Plaintiffs,

         v.                              CIV. S-09-2523 LKK/JFM

UNITED STATES FOREST
SERVICE, et al.,

         Defendants.
                                     /

////

////

////
```

```
 1  CENTER FOR BIOLOGICAL
    DIVERSITY, a non-profit
 2  corporation,

 3          Plaintiff,

 4          v.                                    Civ. S-10-2830 WBS/JFM

 5  MIKE CRAWLEY, in his official
    capacity as District Ranger
 6  for the Bridgeport Ranger
    District, and UNITED STATES
 7  FOREST SERVICE, an agency of
    the Department of Agriculture,                NON-RELATED CASE ORDER
 8
            Defendants.
 9  _____/
```

    The court is in receipt of the Notice of Related Cases concerning the above-captioned cases filed October 20, 2010. After consideration, the court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

    IT IS SO ORDERED.

    DATED: October 26, 2010.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT