1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  PUBLIC LANDS FOR THE PEOPLE,
    et al., on behalf of themselves
11  and others similarly situated,
12           Plaintiffs,
13           v.                              CIV. NO. S-09-1750 LKK/JFM
14  UNITED STATES DEPARTMENT OF
    AGRICULTURE, et al.,
15
             Defendants.
16  _____/
17  CENTER FOR SIERRA NEVADA
    CONSERVATION, et al.,
18
             Plaintiffs,
19
             v.                              CIV. S-09-2523 LKK/JFM
20
    UNITED STATES FOREST
21  SERVICE, et al.,
22           Defendants.
    _____/
23
24  ////
25  ////
26  ////

                                      1

```
 1  CENTER FOR BIOLOGICAL
    DIVERSITY, a non-profit
 2  corporation,

 3           Plaintiff,

 4       v.                                  Civ. S-10-2830 WBS/JFM

 5  MIKE CRAWLEY, in his official
    capacity as District Ranger
 6  for the Bridgeport Ranger
    District, and UNITED STATES
 7  FOREST SERVICE, an agency of
    the Department of Agriculture,        NON-RELATED CASE ORDER
 8
             Defendants.
 9  _____/
```

10      The court is in receipt of the Notice of Related Cases
11 concerning the above-captioned cases filed October 20, 2010.
12 After consideration, the court has determined that it is
13 inappropriate to relate or reassign the cases, and therefore
14 declines to do so.  This order is issued for informational purposes
15 only, and shall have no effect on the status of the cases,
16 including any previous Related (or Non-Related) Case Order of this
17 court.

18      IT IS SO ORDERED.

19      DATED: October 26, 2010.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```