IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, et al., | )<br>)<br>) Case No. 2:09-CV-02523-LKK-JFM |
| Plaintiffs, | )<br>) |
| v. | ) ORDER ENLARGING TIME FOR<br>) FEDERAL DEFENDANTS TO FILE |
| UNITED STATES FOREST SERVICE, et al., | ) MOTION FOR SUMMARY JUDGMENT<br>) TO DECEMBER 13, 2010<br>) |
| Defendants. | ) |

It is ORDERED, Defendants' combined motion for summary judgment and response to Plaintiffs' motion for summary judgment is now due Tuesday, December 14, 2010.

The Scheduling Order dated April 23, 2010, Dkt. 43, which relates the time of each filing to a certain number of days after the previous filing shall remain in effect. Thus, all parties will continue to have the same number of days after the filing of Defendants' motion to respond.

IT IS SO ORDERED this day December 9, 2010.

BY THE COURT:

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT