IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663
Tel:      202-514-1024 (Hill)
            202-305-3022 (Tustin)
            202-305-0342 (Grosko)
Fax:     202-305-0506 (Hill and Tustin)
            202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, et al., | ) ) ) |
| Plaintiffs, | ) ) )  Case No. 2:09-CV-02523-LKK-JFM |
| v. | ) ) ) |
| UNITED STATES FOREST SERVICE, et al., | ) ) ) |
| Defendants. | ) ) |

## FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, the Federal Defendants in this action, the U.S. Forest Service and Ramiro Villalvazo, in his official capacity as Forest Supervisor for the Eldorado National Forest (collectively, "Defendants"), hereby respectfully move this Court for summary judgment.  This Court should grant Federal Defendants' motion,

1   and thereby grant judgment to the Federal Defendants.  This motion is based upon the

2   accompanying memorandum, the accompanying Response to Plaintiffs' Statement of Facts in

3   Support of Motion for Summary Judgment and Statement of Additional Undisputed Facts in

4   Support of Federal Defendants' Cross-Motion for Summary Judgment, and Defendants' Travel

5   Management Administrative Record (Dock. Entry Nos. 44, 48).  Wherefore, Defendants pray

6   that this Court grant their cross-motion for summary judgment, and thereby enter judgment in

7   favor of Federal Defendants.

8          Respectfully submitted this 14th day of December, 2010.

9                                          IGNACIA S. MORENO
                                           Assistant Attorney General
10                                         Environment and Natural Resources Division

11
                                           */s/ John P. Tustin*
12                                         JOHN P. TUSTIN (TX 24056458)
                                           JASON A. HILL (DC 477543)
13                                         Trial Attorneys
                                           Natural Resources Section
14
                                           J. BRETT GROSKO (Maryland Bar)
15                                         Trial Attorney
                                           Wildlife and Marine Resources Section
16                                         Environment and Natural Resources Division
                                           U.S. Department of Justice
17                                         Benjamin Franklin Station, P.O. Box 663
                                           Washington, D.C.  20044-0663
18                                         Tel:    202-514-1024 (Hill)
                                                   202-305-3022 (Tustin)
19                                                 202-305-0342 (Grosko)
                                           Fax:    202-305-0506 (Hill and Tustin)
20                                                 202-305-0275 (Grosko)
                                           Jason.Hill2@usdoj.gov
21                                         John.Tustin@usdoj.gov
                                           Brett.Grosko@usdoj.gov
22
                                           *Attorneys for Federal Defendants*
23

24

25

26

27

28

Case No. 2:09-CV-02523-LKK-JFM
Center for Sierra Nevada Conservation, et al. v. USFS                          Page 2

1  OF COUNSEL

2  Rose Miksovsky, Esq.
   U.S. Department of Agriculture
3  Office of the General Counsel
   33 New Montgomery St., 17th Floor
4  San Francisco, California  94105

5               CERTIFICATE OF SERVICE

6         I hereby certify that on December 14, 2010, I electronically filed the foregoing document

7  with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

8  to the following:

9  David A. Bahr:          davebahr@mindspring.com
   Lisa T. Belenky:        lbelenky@biologicaldiversity.org
10 Erik Schlenker-Goodrich:  eriksg@westernlaw.org

11 *Attorneys for Plaintiffs*

12 Paul A. Turke:          pat@msbtlaw.com

13 *Attorney for Defendant-Intervenors*

14

15                              */s/ John P. Tustin*
                                JOHN P. TUSTIN
16                              *Attorney for Federal Defendants*

17

18

19

20

21

22

23

24

25

26

27

28