IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:09-CV-02523-LKK-JFM<br><br>PROPOSED ORDER GRANTING FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT |

　　Upon review of Federal Defendants' Cross-Motion for Summary Judgment, Response to Plaintiffs' Statement of Facts in Support of Motion For Summary Judgment and Statement of Additional Undisputed Facts, and the Administrative Record in this case, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is DENIED and that Federal Defendants' Cross-Motion for Summary Judgement is GRANTED.

DATED _____;

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　Senior Judge
　　　　　　　　　　　　　　　　　　United States District Court