PAUL A. TURCKE (admitted *pro hac vice*)
MOORE SMITH BUXTON & TURCKE, CHARTERED
950 W. Bannock Street, Suite 520
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
pat@msbtlaw.com

DENNIS PORTER (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, CA 95824-2304
Telephone: (916) 381-8300
Facsimile: (916) 381-8726
dlporter2@yahoo.com

Attorneys for Defendant-Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.<br><br>Defendants,<br><br>and<br><br>CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, et al.<br><br>Defendant-Intervenors. | Case No. 2:09-CV-02523-LKK-JFM<br><br>**CROSS-MOTION FOR SUMMARY JUDGMENT BY DEFENDANT-INTERVENORS**<br><br>Oral Argument Requested<br><br>Hon. Lawrence K. Karlton |

Intervenors, California Association of 4 Wheel Drive Clubs, California Enduro Riders Association, American Motorcyclist Association District 36, and BlueRibbon Coalition hereby move this Court for an order of summary judgment in this matter pursuant to Fed. R. Civ. P. 56(c). In presenting this motion and associated pleadings Intervenors acknowledge, concur with and join in the pleadings presented by Defendants. The Administrative Record is properly before the Court, there are no genuine issues of material fact, and the Court may enter judgment as a

DEFENDANT INTERVENORS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT - Page 1

matter of law in favor of Defendants and Intervenors. This motion is based upon the supporting memorandum filed contemporaneously herewith, as well as the pleadings and record in this matter, and any additional evidence and argument presented to the Court before decision hereon.

Respectfully submitted this 21st day of December, 2010.

MOORE SMITH BUXTON & TURCKE, CHTD.

/s/
Paul A. Turcke

DENNIS L. PORTER, ATTORNEY AT LAW

/s/ Dennis L. Porter
Dennis L. Porter

Attorneys for Defendant-Intervenors