UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

NO. CIV. S-09-2523 LKK/JFM

    Plaintiff,

  v.

O R D E R

UNITED STATES FOREST SERVICE,
et al.,

    Defendants.
_____/

    Currently before the court are the parties' cross-motions for summary judgment. These motions are currently set to be heard on March 28, 2011.

    Due to court congestion, the court further continues the hearing on the motions to April 18, 2011 at 10:00 a.m. Deadlines for filing memoranda remain unchanged.

    IT IS SO ORDERED.

    DATED:  March 2, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT