IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA CONSERVATION, *et al.*,

    Plaintiffs,

    v.

U.S. FOREST SERVICE, *et al.*,

    Defendants.

Case No. 2:09-CV-02523-LKK-JFM

O R D E R

Pursuant to the parties' Stipulation dated June 9, 2011, Dkt. No. 78, the parties will:

(i) Report back to the Court on or before August 12, 2011 to advise the Court on the status of the Parties' discussions. If no agreement appears forthcoming, the Parties will submit a proposed briefing schedule on or before August 26, 2011;

(ii) Until the Court enters an order addressing remedies, the Forest Service will continue to manage the Eldorado National Forest under the 2010 Motorized Use Vehicle Maps ("2010 MVUMs"), attached to the stipulation as Exhibits 1-8, and provide the public with the 2010 MUVMs while discussions to develop an agreement on remedies to address the Court's May 26, 2011 Order are ongoing;

(iii) The Forest Service may continue to exercise its authority to close or restrict uses pursuant to 36 C.F.R. Part 261, Subpart B.

IT IS SO ORDERED.

DATED: June 16, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT