IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA )
CONSERVATION, *et al.*, )
                                                    )
       Plaintiffs, )
                                                    ) Case No. 2:09-CV-02523-LKK-JFM
      v. )
                                                    ) O R D E R
U.S. FOREST SERVICE, *et al.*, )
                                                    )
       Defendants. )
                                                    )

       The parties shall report on their progress towards reaching an agreement on remedies to address the Court's May 26, 2011 Order on or before September 12, 2011.  If no agreement appears forthcoming, the Parties will submit a proposed briefing schedule.  Until the Court enters an order addressing remedies, the Forest Service will continue to manage the Eldorado National Forest under the 2010 Motor Vehicle Use Maps ("2010 MVUMs"), and provide the public with the 2010 MVUMs.  Nothing in this order prohibits the Forest Service from exercising its authority to close or restrict uses pursuant to 36 C.F.R. Part 261, Subpart B.

       IT IS SO ORDERED.

       DATED:  August 9, 2011.

                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT