IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA CONSERVATION, *et al.*,

    Plaintiffs,

    v.

U.S. FOREST SERVICE, *et al.*,

    Defendants.

Case No. 2:09-CV-02523-LKK-JFM

O R D E R

Plaintiffs will file their opening brief on November 17, 2011; Federal Defendants and Defendant-Intervenors will file their respective response briefs on December 9, 2011; and Plaintiffs will file their combined reply brief to Federal Defendants' and Defendant-Intervenors response briefs on January 9, 2012. Until the Court enters an order addressing remedies, the Forest Service will continue to manage the Eldorado National Forest under the 2010 Motor Vehicle Use Maps ("2010 MVUMs"), and provide the public with the 2010 MVUMs. Nothing in this order prohibits the Forest Service from exercising its authority to close or restrict uses pursuant to 36 C.F.R. Part 261, Subpart B.

IT IS SO ORDERED.

DATED: October 27, 2011.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT