IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA.,
CONSERVATION, et al

           Plaintiffs,

  v.

UNITED STATES FOREST SERVICE, et al.,

           Defendants.

Case No. 2:09-cv-02523-LKK-JFM

Related Cases:
Civ. No. 2:09-cv-01750-LKK-JFM
Civ. No. 2:02-325-LKK-JFM

O R D E R

Counsel for all parties request that the January 17, 2012 hearing on Plaintiffs' Motion for Partial Vacatur or a Limited Injunction (ECF No. 88) be continued and reset for February 13, 2012 at 10:00 a.m. PST. Pursuant to the stipulation of the parties, the Court orders as follows:

(1) The January 17, 2012 hearing for Plaintiffs' Motion for Partial Vacatur or a Limited Injunction shall be removed from the Court's docket for oral hearings and be reset to February 13, 2012 at 10:00 a.m. PST in Courtroom 4 before Judge Lawrence K. Karlton; and

(2) Plaintiffs' reply brief shall be filed on or before January 23, 2012.

IT IS SO ORDERED.

DATED: January 9, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT