IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA., ) Case No. 2:09-cv-02523-LKK-JFM
CONSERVATION, et al )
)
        Plaintiffs, ) ORDER
)
   v. )
)
)
UNITED STATES FOREST SERVICE, *et al*., )
)
        Federal Defendants. )
_____ )

    Federal Defendants have moved the Court to allow Federal Defendants' counsel, J. Brett Grosko, to appear telephonically at the Court's hearing on Plaintiffs' Motion for Partial Vacatur or a Limited Injunction. The Federal Defendants' motion is hereby **DENIED.** All appearances for this court's law and motion calendar are in person.

    IT IS SO ORDERED.

    DATED: January 11, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2:09-cv-02523-LKK-JFM
[Proposed] Order