IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTER FOR SIERRA NEVADA., CONSERVATION, et al | ) ) ) | Case No. 2:09-cv-02523-LKK-JFM |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) ) | |
| UNITED STATES FOREST SERVICE, *et al*., | ) ) | |
| Federal Defendants. | ) ) | |

Federal Defendants have moved the Court to allow Federal Defendants' counsel, J. Brett Grosko, to appear telephonically at the Court's hearing on Plaintiffs' Motion for Partial Vacatur or a Limited Injunction. The Federal Defendants' motion is hereby **DENIED.** All appearances for this court's law and motion calendar are in person.

IT IS SO ORDERED.

DATED: January 11, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2:09-cv-02523-LKK-JFM
[Proposed] Order