UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, et al.,

        NO. CIV. S-09-2523 LKK/JFM

    Plaintiff,

  v.

        O R D E R

UNITED STATES FOREST SERVICE,
et al.,

    Defendants.
_____/

Plaintiffs' motion for partial vacatur (Dkt. No. 88), having come on for hearing on February 13, 2012, the court orders as follows:

    1. Plaintiffs' motion is **GRANTED IN PART**, but only to the degree it seeks to set aside that portion of the Forest Service's decision that designates 42 roads through meadows for motorized vehicle traffic. That portion of the decision is remanded to the Forest Service for reconsideration in light of the applicable law.

    2. The Forest Service is directed to submit a proposed order that will set aside only that portion of its

1

1     decision that designates the 42 roads to the degree they
2     go through meadows, and not affecting the sections of
3     those same roads that do not go through meadows, unless
4     they cannot otherwise be reached.
5  3. The Forest Service shall submit the proposed order no
6     later than 30 days from the date of this order.  If the
7     parties cannot agree on a joint submission, plaintiffs
8     and Intervenors shall have 14 days to respond to the
9     proposed order.
10 4. The parties have advised the court that the 42 roads are
11    currently closed because of seasonal closings, but that
12    the  seasonal  closings  end  on  March  31,  2012.
13    Accordingly, the Forest Service shall **EXTEND** the
14    seasonal closings of the 42 roads until further order of
15    this court.
16 IT IS SO ORDERED.
17 DATED:  February 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT