David A. Bahr (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

Lisa T. Belenky (CSB No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
eriksg@westernlaw.org
*Attorneys for Plaintiffs*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel:    202-514-1024 (Hill)
        202-305-3022 (Tustin)
        202-305-0342 (Grosko)
Fax:    202-305-0506 (Hill and Tustin)
        202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov

*Attorneys for Federal Defendants*

| PARTIES' STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES | 1 | Case No. 2:09-cv-2523-LKK-JFM |
|---|---|---|

Paul A. Turcke
Moore, Smith, Buxton & Turcke, Chartered
950 West Bannock Street, Suite 520
Boise, Idaho 83702
Phone: (208) 331-1800
Fax: (208) 331-1202
pat@msbtlaw.com

Dennis Porter
Attorney at Law
8120 36th Avenue
Sacramento, CA 95824
Phone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*Attorneys for Defendant-Intervenors*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations,<br><br>    Plaintiffs,<br>  vs.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE,<br><br>    Federal Defendants,<br><br>  and<br><br>CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 2:09-cv-2523-LKK-JFM<br><br>**PARTIES' STIPULATION AND ORDER RE: DEADLINE FOR MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES** |

WHEREAS Civil Local Rule 293(a) provides that motions for attorneys' fees must be filed

within 28 days of entry of judgment;

WHEREAS, the Court entered its Judgment in this matter on July 31, 2012 (Dkt. No. 113), and motions for attorneys' fees under L.R. 293 are to be filed no later than August 28, 2012;

WHEREAS, Plaintiffs will seek attorneys fees, costs and expenses in this case under both the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(4), and the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412;

WHEREAS, Federal Rule of Civil Procedure 54(d)(2)(B) provides that, unless otherwise provided by statute or order of the Court, a motion for attorneys' fees must be filed and served no later than 14 days after entry of judgment;

WHEREAS, EAJA provides that "a party seeking an award of fees and other expenses" may apply for them "within 30 days of final judgment in the action," and EAJA defines "final judgment" as "a judgment that is final and not appealable," 28 U.S.C. §§ 2412(d)(1)(B) and (d)(2)(g);

WHEREAS, the Court's Judgment in this matter becomes non-appealable under Fed. R. App. P. 4(a)(1)(B) sixty days after entry. Therefore, an application for fees and costs under EAJA in this case must be made no later than Monday, October 29, 2012 (90 days after entry of the Court's Judgment);

WHEREAS, Plaintiffs have previously sought an extension of time as to the deadline to file any motion for attorneys' fees and costs under the ESA, and the Court thereby extended the ESA deadline until September 18, 2012 (Dkt. No. 115);

Accordingly, the parties stipulate and agree, and request that the Court enter an order extending the deadline for Plaintiffs to file a motion for attorneys' fees, costs, and other expenses under Civil Local Rules 292 and 293, and Federal Rule of Civil Procedure 54(d)(2)(B), with the same deadline as that for filing a motion for attorneys' fees, costs, and expenses under EAJA.  Before filing a motion for attorneys' fees, costs, and expenses, Plaintiffs will meet and confer with Federal Defendants in a good faith attempt to settle this issue.  By entering into this Stipulation, Federal Defendants do not waive any

defenses as to whether Plaintiffs are entitled to any attorneys' fees, costs or expenses in this case.

Respectfully submitted on September 12 , 2012.

|  |  |
|---|---|
|  | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division |
| /s/ David Bahr<br>David A. Bahr<br>Bahr Law Offices, P.C.<br>1035 ½ Monroe Street<br>Eugene, OR 97402 | /s/ Jason Hill<br>Jason A. Hill<br>John P. Tustin<br>   Trial Attorneys<br>Natural Resources Section |
| Lisa T. Belenky<br>Center for Biological Diversity<br>351 California St., Suite 600<br>San Francisco, CA 94104 | J. Brett Grosko<br>Trial Attorney<br>Wildlife and Marine Resources Section |
|  | *Attorneys for Federal Defendants* |
| Erik Schlenker-Goodrich<br>Western Environmental Law Center<br>P.O. Box 1507<br>Taos, NM 87571 | /s/ Paul Turcke<br>Paul A. Turcke<br>Moore Smith Buxton & Turcke<br>950 West Bannock Street, Suite 520 |
| *Attorneys for Plaintiffs* | Boise, ID 83702 |
|  | *Attorney for Intervenor Defendants* |

---

### ORDER

Pursuant to the stipulation of the parties, Plaintiffs' cost bill and attorney fee petition are due no later than October 29, 2012, IT IS SO ORDERED.

Dated this 17th of September, 2012.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```