# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations,

    Plaintiffs,

*vs.*

RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE,

    Defendants,

  and

CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, *et al.*,

    Defendant-Intervenors.

Case No. 2:09-cv-2523-LKK-JFM

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY BRIEFING ON PLAINTIFFS' PETITION FOR COSTS AND ATTORNEY FEES**

This matter having come before the Court upon Plaintiffs' Unopposed Motion To Stay Briefing On Plaintiffs' Petition For Costs And Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(4) and FED RULES CIV. PROC. 54(d)(2)(A) & (B) and ) and Local Rule 293, and the Court being fully advised in the premises and good cause appearing;

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion To Stay Briefing On Plaintiffs' Petition For Costs And Attorney Fees is GRANTED and briefing on Plaintiffs' application for fees and costs is stayed for 60 days until December 28, 2012, at which time the Parties will advise the Court on the status of the their settlement discussions. If no agreement appears forthcoming, the Parties will submit a proposed schedule for briefing the fee petition.

GRANTED this 5th day of November, 2012.

                                                           /s/ Lawrence K. Karlton
                                                          LAWRENCE K. KARLTON
                                                          SENIOR JUDGE
                                                          UNITED STATES DISTRICT COURT