David A. Bahr (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

Lisa T. Belenky (CSB No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
eriksg@westernlaw.org

*Attorneys for Plaintiffs*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel:    202-514-1024 (Hill)
        202-305-3022 (Tustin)
        202-305-0342 (Grosko)
Fax:   202-305-0506 (Hill and Tustin)
        202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov

*Attorneys for Federal Defendants*

| PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS | 1 | Case No. 2:09-cv-2523-LKK-JFM |
|---|---|---|

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations,<br><br>　　　Plaintiffs,<br>　　vs.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE,<br><br>　　　Defendants,<br>　and<br><br>CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, *et al.*,<br><br>　　　Defendant-Intervenors. | Case No. 2:09-cv-2523-LKK-JFM<br><br>**PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS** |

　　　Whereas by order dated November 5, 2012, the Court stayed briefing on Plaintiffs' petition for costs and attorney fees until December 28, 2012 by which time the Parties are to advise the Court on the status of the their settlement discussions. Dkt. No. 130;

　　　Whereas Plaintiffs and Federal Defendants have engaged in substantive good-faith discussions attempting to negotiate a settlement of the issue of costs and attorney fees;

　　　Whereas Plaintiffs and Federal Defendants desire more time to explore settlement of the cost and attorney fee issue;

　　　Whereas Defendant-Intervenors have not participated in the negotiations, and thus have not formed a position but have been consulted regarding this stipulation and do not oppose any request that the primary parties continue negotiations;

　　　Accordingly, Plaintiffs and Federal Defendants stipulate and agree, and request that the Court

enter an order staying for 60 days, until February 26, 2013, the deadline for Plaintiffs to file a motion for attorneys' fees, costs, and other expenses at which time the Parties will advise the Court on the status of the their settlement discussions. If no agreement appears forthcoming, the Parties will submit a proposed schedule for briefing the fee petition. By entering into this Stipulation, Defendants do not waive any defenses as to whether Plaintiffs are entitled to any attorneys' fees, costs or expenses in this case.

Respectfully submitted on December 27, 2012.

|  |  |
|---|---|
|  | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division |
| __/s/ David Bahr_____<br>David A. Bahr<br>Bahr Law Offices, P.C.<br>1035 ½ Monroe Street<br>Eugene, OR 97402 | _/s/ John P. Tustin_____<br>Jason A. Hill<br>John P. Tustin<br>Trial Attorneys<br>Natural Resources Section |
| Lisa T. Belenky<br>Center for Biological Diversity<br>351 California St., Suite 600<br>San Francisco, CA 94104 | J. Brett Grosko<br>Trial Attorney<br>Wildlife and Marine Resources Section<br><br>*Attorneys for Federal Defendants* |
| Erik Schlenker-Goodrich<br>Western Environmental Law Center<br>P.O. Box 1507<br>Taos, NM 87571<br><br>*Attorneys for Plaintiffs* |  |

PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS

3

Case No. 2:09-cv-2523-LKK-JFM

**ORDER**

This matter having come before the Court upon Plaintiffs' and Federal Defendants' stipulation and proposed order regarding the deadline for motion for attorneys' fees and costs, and the Court being fully advised in the premises and good cause appearing;

IT IS HEREBY ORDERED that briefing on Plaintiffs' application for fees and costs is stayed for 60 days until February 26, 2013, at which time the Parties will advise the Court on the status of the their settlement discussions. If no agreement appears forthcoming, the Parties will submit a proposed schedule for briefing the fee petition.

Dated this 2nd of January 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS

4

Case No. 2:09-cv-2523-LKK-JFM