David A. Bahr (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

Lisa T. Belenky (CSB No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
eriksg@westernlaw.org

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel:     202-514-1024 (Hill)
         202-305-3022 (Tustin)
         202-305-0342 (Grosko)
Fax:     202-305-0506 (Hill and Tustin)
         202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov

*Attorneys for Federal Defendants*

PLAINTIFFS' AND FEDERAL DEFENDANTS'                                  Case No. 2:09-cv-2523-LKK-JFM
STIPULATION AND [PROPOSED] ORDER REGARDING
THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS

1

2

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

4

5

CENTER FOR SIERRA NEVADA
CONSERVATION, CENTER FOR
BIOLOGICAL DIVERSITY, and FOREST
ISSUES GROUP, non-profit corporations,

Case No. 2:09-cv-2523-LKK-JFM

6

7

      Plaintiffs,

*vs.*

**PLAINTIFFS' AND FEDERAL DEFENDANTS'**
**STIPULATION AND ORDER REGARDING THE**
**DEADLINE FOR MOTION FOR ATTORNEYS'**
**FEES AND COSTS**

8

9

10

RAMIRO VILLALVAZO, in his official
capacity as Forest Supervisor for the
Eldorado National Forest, UNITED STATES
FOREST SERVICE,

11

12

   Federal Defendants,

*and*

13

14

15

CALIFORNIA ASSOC. OF 4 WHEEL
DRIVE CLUBS, *et al.*,

   Defendant-Intervenors.

16

17

18

19

20

      Whereas by order dated January 2, 2013, the Court stayed briefing on Plaintiffs' petition for costs and attorneys' fees until February 26, 2013, by which time the Parties were to advise the Court on the status of the their settlement discussions.  Dkt. No. 132;

21

22

      Whereas Plaintiffs and Federal Defendants have continued to engage in substantive good-faith discussions attempting to negotiate a settlement of the issue of costs and attorneys' fees;

23

24

      Whereas as a result of these discussions, the Plaintiffs and Federal Defendants have made substantive progress toward reaching a settlement;

25

26

      Whereas Plaintiffs and Federal Defendants desire more time to explore settlement of the costs and attorneys' fees;

27

28

1    Whereas Defendant-Intervenors have not participated in the negotiations, and thus have not
2  formed a position, but have been consulted regarding this stipulation and do not oppose any request that
3  the primary parties continue negotiations;

4    Accordingly, Plaintiffs and Federal Defendants stipulate and agree, and request that the Court
5  enter an order staying through April 26, 2013, the deadline for Plaintiffs to file a motion for attorneys'
6  fees and costs, at which time the Parties will advise the Court on the status of the their settlement
7  discussions.  If no agreement appears forthcoming, the Parties will submit a proposed schedule for
8  briefing the fee petition.  By entering into this Stipulation, Federal Defendants do not waive any defenses
9  as to whether Plaintiffs are entitled to any attorneys' fees, costs or expenses in this case.

10

11    Respectfully submitted on February 26, 2013.

12                                        IGNACIA S. MORENO

13                                        Assistant Attorney General
14                                        Environment and Natural Resources Division

15    /s/ David A. Bahr (with permission)     /s/ J. Brett Grosko
      _____        _____
16    David A. Bahr                     Jason A. Hill
      Bahr Law Offices, P.C.            John P. Tustin
17    1035 ½ Monroe Street              Trial Attorneys
      Eugene, OR 97402                  Natural Resources Section
18
      Lisa T. Belenky                   J. Brett Grosko
19    Center for Biological Diversity   Trial Attorney
20    351 California St., Suite 600      Wildlife and Marine Resources Section
      San Francisco, CA 94104
21                                       Attorneys for Federal Defendants
      Erik Schlenker-Goodrich
22    Western Environmental Law Center
      P.O. Box 1507
23    Taos, NM 87571

24    Attorneys for Plaintiffs

25

26

27

28

**ORDER**

This matter having come before the Court upon Plaintiffs' and Federal Defendants' stipulation and proposed order regarding the deadline for motion for attorneys' fees and costs, and the Court being fully advised in the premises and good cause appearing;

IT IS HEREBY ORDERED that briefing on Plaintiffs' application for fees and costs is stayed until April 26, 2013, at which time the Parties will advise the Court on the status of the their settlement discussions.  If no agreement appears forthcoming, the Parties will submit a proposed schedule for briefing the fee petition.

Dated this 27th of February, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT