David A. Bahr (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

Lisa T. Belenky (CSB No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
eriksg@westernlaw.org
*Attorneys for Plaintiffs*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:     202-514-1024 (Hill)
          202-305-3022 (Tustin)
          202-305-0342 (Grosko)
Fax:    202-305-0506 (Hill and Tustin)
          202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov
*Attorneys for Federal Defendants*

| PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS | 1 | Case No. 2:09-cv-2523-LKK-JFM |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations,<br><br>            Plaintiffs,<br><br>    *vs*.<br><br>RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE,<br><br>            Defendants,<br>    *and*<br><br>CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, *et al*.,<br><br>            Defendant-Intervenors. | Case No. 2:09-cv-2523-LKK-JFM<br><br><br>**PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS** |

Whereas by order dated February 28, 2013, the Court stayed briefing on Plaintiffs' petition for costs and attorney fees until April 26, 2013, by which time the Parties were to advise the Court on the status of the their settlement discussions. Dkt. No. 134;

Whereas Plaintiffs and Federal Defendants have engaged in substantive good-faith discussions attempting to negotiate a settlement of the issue of costs and attorney fees;

Whereas on April 16, 2013, Plaintiffs and Federal Defendants reached an agreement in principle on Plaintiffs' claim for costs and attorney fees;

Whereas this agreement is subject to the review and approval by the appropriate supervisory officials at the Department of Justice and Department of Agriculture;

Whereas the Federal Defendants estimate that it will take approximately ninety (90) days to perform the review and approval of the agreement in principle;

1     Whereas Defendant-Intervenors have not participated in the negotiations, and thus have not

2   formed a position but have been consulted regarding this stipulation and do not oppose any request that

3   the primary parties continue negotiations;

4     Accordingly, Plaintiffs and Federal Defendants stipulate and agree, and request that the Court

5   enter an order staying until July 25, 2013, the deadline for Plaintiffs to file a motion for attorneys' fees,

6   costs, and other expenses.  If no agreement appears forthcoming, the Parties will submit a proposed

7   schedule for briefing the fee petition.  By entering into this Stipulation, Federal Defendants do not waive

8   any defenses as to whether Plaintiffs are entitled to any attorneys' fees, costs or expenses in this case.

9     Respectfully submitted on April 23, 2013.

10

11                                          IGNACIA S. MORENO
                                            Assistant Attorney General
12                                          Environment and Natural Resources Division

13

14    */s/  David A. Bahr (with permission)*      */s/ John P. Tustin*
      David A. Bahr                               Jason A. Hill
15    Bahr Law Offices, P.C.                      John P. Tustin
      1035 ½ Monroe Street                        Trial Attorneys
16    Eugene, OR 97402                            Natural Resources Section

17
      Lisa T. Belenky                             J. Brett Grosko
18    Center for Biological Diversity             Trial Attorney
      351 California St., Suite 600               Wildlife and Marine Resources Section
19    San Francisco, CA 94104

20                                                *Attorneys for Federal Defendants*
      Erik Schlenker-Goodrich
21    Western Environmental Law Center
      P.O. Box 1507
22    Taos, NM 87571

23    *Attorneys for Plaintiffs*

24

25

26

27

28

**ORDER**

This matter having come before the Court upon Plaintiffs' and Federal Defendants' stipulation and proposed order regarding the deadline for motion for attorneys' fees and costs, and the Court being fully advised in the premises and good cause appearing;

IT IS HEREBY ORDERED that briefing on Plaintiffs' application for fees and costs is stayed until July 25, 2013.  If no agreement appears forthcoming, the Parties will submit a proposed schedule for briefing the fee petition.

Dated this 25th of April, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFFS' AND FEDERAL DEFENDANTS'
STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEADLINE FOR MOTION
FOR ATTORNEYS' FEES AND COSTS

4

Case No. 2:09-cv-2523-LKK-JFM