1  David A. Bahr (OSB No. 90199)
   Bahr Law Offices, P.C.
2  1035 ½ Monroe Street
   Eugene, OR  97402
3  (541) 556-6439 Voice
4  davebahr@mindspring.com

5  Lisa T. Belenky (CSB No. 203225)
   Center for Biological Diversity
6  351 California Street, Suite 600
   San Francisco, CA 94104
7  (415) 436-9682 x307 Voice
8  lbelenky@biologicaldiversity.org

9  Erik Schlenker-Goodrich (New Mexico Bar No. 7875)
   Western Environmental Law Center
10 P.O. Box 1507
   Taos, New Mexico 87571
11 (575) 613-4197 Voice
12 eriksg@westernlaw.org
   *Attorneys for Plaintiffs*
13
   ROBERT G. DREHER
14 Acting Assistant Attorney General
15 Environment and Natural Resources Division

16 JASON A. HILL (DC 477543)
   JOHN P. TUSTIN (TX 24056458)
17 Trial Attorneys
18 Natural Resources Section
   J. BRETT GROSKO (Maryland Bar)
19 Trial Attorney
   Wildlife and Marine Resources Section
20 Environment and Natural Resources Division
21 U.S. Department of Justice
   Benjamin Franklin Station, P.O. Box 663
22 Washington, D.C. 20044-0663
   Tel:    202-514-1024 (Hill)
23        202-305-3022 (Tustin)
         202-305-0342 (Grosko)
24 Fax:   202-305-0506 (Hill and Tustin)
         202-305-0275 (Grosko)
25 Jason.Hill2@usdoj.gov
26 John.Tustin@usdoj.gov
   Brett.Grosko@usdoj.gov
27 *Attorneys for Federal Defendants*

28

| PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS | 1 | Case No. 2:09-cv-2523-LKK-JFM |
| --- | --- | --- |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR SIERRA NEVADA CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and FOREST ISSUES GROUP, non-profit corporations, | Case No. 2:09-cv-2523-LKK-JFM |
| Plaintiffs, *vs*. | **PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS** |
| RAMIRO VILLALVAZO, in his official capacity as Forest Supervisor for the Eldorado National Forest, UNITED STATES FOREST SERVICE, | |
| Defendants, *and* | |
| CALIFORNIA ASSOC. OF 4 WHEEL DRIVE CLUBS, *et al*., | |
| Defendant-Intervenors. | |

Whereas by order dated April 26, 2013, the Court stayed briefing on Plaintiffs' petition for costs and attorney fees until July 25, 2013, by which time the Parties were to advise the Court on the status of the their settlement discussions. Dkt. No. 136;

Whereas Plaintiffs and Federal Defendants have engaged in substantive good-faith discussions attempting to negotiate a settlement of the issue of costs and attorney fees;

Whereas Plaintiffs and Federal Defendants have identified terms for an agreement in principle that resolves Plaintiffs' claim for costs and attorney fees and drafted a proposed agreement;

Whereas the proposed agreement remains subject to the review and approval by the appropriate supervisory officials at the Department of Justice and Department of Agriculture;

Whereas the Federal Defendants estimate that it will take approximately six additional weeks to complete the review and gain approval of the proposed agreement by the appropriate supervisory

PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS

2

Case No. 2:09-cv-2523-LKK-JFM

1    officials at the Department of Justice and Department of Agriculture;

2    Whereas Defendant-Intervenors have not participated in the negotiations, and thus have not

3    formed a position, but have been consulted regarding this stipulation, and do not oppose any request that

4    the primary parties continue negotiations;

5    Accordingly, Plaintiffs and Federal Defendants stipulate and agree, and request that the Court

6    enter an order staying until September 5, 2013, the deadline for Plaintiffs to file a motion for attorneys'

7    fees, costs, and other expenses.  If no agreement appears forthcoming, the Parties will submit a proposed

8    schedule for briefing the fee petition.  By entering into this Stipulation, Federal Defendants do not waive

9    any defenses as to whether Plaintiffs are entitled to any attorneys' fees, costs or expenses in this case.

10    Respectfully submitted on July 25, 2013.

11

12

13                                                                    ROBERT G. DREHER
                                                                      Acting Assistant Attorney General
14                                                                    Environment and Natural Resources Division

15    /s/ David A. Bahr (with permission)          /s/ John P. Tustin
      David A. Bahr                                               Jason A. Hill
16    Bahr Law Offices, P.C.                                  John P. Tustin
      1035 ½ Monroe Street                                        Trial Attorneys
17    Eugene, OR 97402                                      Natural Resources Section

18
      Lisa T. Belenky                                          J. Brett Grosko
19    Center for Biological Diversity                      Trial Attorney
      351 California St., Suite 600                         Wildlife and Marine Resources Section
20    San Francisco, CA 94104

21                                                                    *Attorneys for Federal Defendants*

22    Erik Schlenker-Goodrich
      Western Environmental Law Center
23    P.O. Box 1507
      Taos, NM 87571

24
      *Attorneys for Plaintiffs*
25

26

27

28

---

PLAINTIFFS' AND FEDERAL DEFENDANTS'                3          Case No. 2:09-cv-2523-LKK-JFM
STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEADLINE FOR MOTION
FOR ATTORNEYS' FEES AND COSTS

**ORDER**

This matter having come before the Court upon Plaintiffs' and Federal Defendants' stipulation and proposed order regarding the deadline for motion for attorneys' fees and costs, and the Court being fully advised in the premises and good cause appearing;

IT IS HEREBY ORDERED that briefing on Plaintiffs' application for fees and costs is stayed until September 5, 2013. If no agreement appears forthcoming, the Parties will submit a proposed schedule for briefing the fee petition.

Dated this 26th of July, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFFS' AND FEDERAL DEFENDANTS'
STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEADLINE FOR MOTION
FOR ATTORNEYS' FEES AND COSTS

4

Case No. 2:09-cv-2523-LKK-JFM