David A. Bahr (OSB No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439 Voice
davebahr@mindspring.com

Lisa T. Belenky (CSB No. 203225)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682 x307 Voice
lbelenky@biologicaldiversity.org

Erik Schlenker-Goodrich (New Mexico Bar No. 7875)
Western Environmental Law Center
P.O. Box 1507
Taos, New Mexico 87571
(575) 613-4197 Voice
eriksg@westernlaw.org
*Attorneys for Plaintiffs*

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

JASON A. HILL (DC 477543)
JOHN P. TUSTIN (TX 24056458)
Trial Attorneys
Natural Resources Section
J. BRETT GROSKO (Maryland Bar)
Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel:     202-514-1024 (Hill)
         202-305-3022 (Tustin)
         202-305-0342 (Grosko)
Fax:    202-305-0506 (Hill and Tustin)
         202-305-0275 (Grosko)
Jason.Hill2@usdoj.gov
John.Tustin@usdoj.gov
Brett.Grosko@usdoj.gov
*Attorneys for Federal Defendants*

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

| | | |
|---|---|---|
| PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR MOTION FOR ATTORNEYS' FEES AND COSTS | 1 | Case No. 2:09-cv-2523-LKK-JFM |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, CENTER FOR BIOLOGICAL
DIVERSITY, and FOREST ISSUES GROUP,
non-profit corporations,

      Plaintiffs,

*vs*.

RAMIRO VILLALVAZO, in his official capacity
as Forest Supervisor for the Eldorado National
Forest, UNITED STATES FOREST SERVICE,

      Defendants,

*and*

CALIFORNIA ASSOC. OF 4 WHEEL DRIVE
CLUBS, *et al*.,

      Defendant-Intervenors.

Case No. 2:09-cv-2523-LKK-JFM

**PLAINTIFFS' AND FEDERAL
DEFENDANTS' STIPULATION AND  ORDER
REGARDING THE DEADLINE FOR MOTION
FOR ATTORNEYS' FEES AND COSTS**

      Whereas by order dated July 26, 2013, the Court stayed briefing on Plaintiffs' petition for costs and attorney fees until September 5, 2013, by which time the Parties were to advise the Court on the status of the their settlement discussions. Dkt. No. 138;

      Whereas Plaintiffs and Federal Defendants have engaged in substantive good-faith discussions attempting to negotiate a settlement of the issue of costs and attorney fees;

      Whereas Plaintiffs and Federal Defendants have identified terms for an agreement in principle that resolves Plaintiffs' claim for costs and attorney fees and drafted a proposed agreement;

      Whereas the proposed agreement remains subject to the review and approval by the appropriate supervisory officials at the Department of Justice;

      Whereas the Federal Defendants estimate that it will take approximately two additional weeks to complete the review and gain approval of the proposed agreement by the appropriate supervisory

PLAINTIFFS' AND FEDERAL DEFENDANTS'
STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEADLINE FOR MOTION
FOR ATTORNEYS' FEES AND COSTS

2

Case No. 2:09-cv-2523-LKK-JFM

officials at the Department of Justice;

Whereas Defendant-Intervenors have not participated in the negotiations, and thus have not formed a position, but have been consulted regarding this stipulation, and do not oppose any request that the primary parties continue negotiations;

Accordingly, Plaintiffs and Federal Defendants stipulate and agree, and request that the Court enter an order staying until September 19, 2013, the deadline for Plaintiffs to file a motion for attorneys' fees, costs, and other expenses.  If no agreement appears forthcoming, the Parties will submit a proposed schedule for briefing the fee petition.  By entering into this Stipulation, Federal Defendants do not waive any defenses as to whether Plaintiffs are entitled to any attorneys' fees, costs or expenses in this case.

Respectfully submitted on September 5, 2013.

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/  David A. Bahr (with permission)*
David A. Bahr
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402

Lisa T. Belenky
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104

Erik Schlenker-Goodrich
Western Environmental Law Center
P.O. Box 1507
Taos, NM 87571

*Attorneys for Plaintiffs*

*/s/  Jason A. Hill*
Jason A. Hill
John P. Tustin
       Trial Attorneys
Natural Resources Section

J. Brett Grosko
Trial Attorney
Wildlife and Marine Resources Section

*Attorneys for Federal Defendants*

PLAINTIFFS' AND FEDERAL DEFENDANTS'
STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEADLINE FOR MOTION
FOR ATTORNEYS' FEES AND COSTS

3

Case No. 2:09-cv-2523-LKK-JFM

1

**ORDER**

2

This matter having come before the Court upon Plaintiffs' and Federal Defendants' stipulation

3

and proposed order regarding the deadline for motion for attorneys' fees and costs, and the Court being

4

fully advised in the premises and good cause appearing;

5

6

IT IS HEREBY ORDERED that briefing on Plaintiffs' application for fees and costs is stayed

7

until September 19, 2013.  If no agreement appears forthcoming, the Parties will submit a proposed

8

schedule for briefing the fee petition.

9

Dated:  September 5, 2013.

10

11

12

13

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' AND FEDERAL DEFENDANTS'
STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEADLINE FOR MOTION
FOR ATTORNEYS' FEES AND COSTS

4

Case No. 2:09-cv-2523-LKK-JFM