UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR SIERRA NEVADA
CONSERVATION, CENTER FOR
BIOLOGICAL DIVERSITY, and
FOREST ISSUES GROUP, non-
profit corporations,

        Plaintiffs,

   v.

RAMIRO VILLALVAZO, in his
official capacity as Forest
Supervisor for the El Dorado
National Forest, UNITED STATES
FOREST SERVICE,

        Federal Defendants,

  and

CALIFORNIA ASSOC. OF 4 WHEEL
DRIVE CLUBS, et al.,

        Defendant-Intervenors.
_____/

NO. CIV. S-09-2523 LKK/JFM

O R D E R

    On September 17, 2013, Plaintiffs and the Federal Defendants filed a stipulated settlement agreement resolving Plaintiffs' claims for attorneys' fee, expenses, and costs.

////

1

1       Accordingly, Plaintiffs' Motion for Attorneys Fees and Costs
2  (ECF No. 118) is dropped from calendar.
3       IT IS SO ORDERED.
4       DATED:  September 24, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2